**IN THE UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF OHIO**

**UNITED STATES**

                 **Plaintiff,**

**Vs.**

**MARCO MERINO**

                 **Defendant.**

**CASE NO.: 2-21-mj-620**

**JUDGE: DEAVERS**

## NOTICE OF APPEARANCE OF COUNSEL

Now comes counsel, Peter Scranton, respectfully requesting this court to note my appearance as Defense Counsel in the above captioned matter.

Respectfully submitted,

*Luftman, Heck, and Associates, by*

_____
Peter Scranton (0080725)
Attorney for Defendant
6253 Riverside Drive, Suite 200
Dublin, Ohio 43017
(614) 224-1500
pscranton@lawlh.com

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that true and accurate copies of the foregoing documents were served upon the United States Southern District Court of Ohio on September 29th, 2021.

_____
Peter Scranton (0080725)
Attorney for Defendant