IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO, EASTERN DIVISION

United States of America,

    Plaintiff,

    vs.                              Case #2:21MJ00620

Marco Merino,                  Judge Magistrate Elizabeth Deavers

    Defendant.

## NOTICE OF SUBSTITUTION OF COUNSEL

Notice is hereby given subject to the approval of the Court, that Attorney Terry K. Sherman will enter his appearance as counsel of record for the defendant, Marco R. Merino, in place of Attorney Peter J. Scranton.

Respectfully submitted,

s/Terry K. Sherman, #0002417
Attorney for Defendant
52 West Whittier Street
Columbus, OH 43206-2503
Phone:  614/444-8800
E-mail:  tkshermanlaw@gmail.com

## CERTIFICATE OF SERVICE

I hereby certify that on the 4th day of October, 2021, I electronically filed the following with the Clerk of the Court, using the CM/ECF System, which will send notification of such filing to the following:  Peter K. Glenn-Applegate, Assistant U. S. Attorney; and Peter J. Scranton; and I hereby certify that I have mailed by United States Postal Service the document to the following non-CM/ECF participants:  n/a.

s/Terry K. Sherman, #0002417
Attorney for Defendant
E-mail:  tkshermanlaw@gmail.com