AO 468 (Rev. 01/09) Waiver of a Preliminary Hearing

# UNITED STATES DISTRICT COURT
for the
Southern District of Ohio

United States of America )
v. )
) Case No. 2-21-mj-620
Marco R Merino )
Defendant )

## WAIVER OF A PRELIMINARY HEARING

I understand that I have been charged with an offense in a criminal complaint filed in this court, or charged with violating the terms of probation or supervised release in a petition filed in this court. A magistrate judge has informed me of my right to a preliminary hearing under Fed. R. Crim. P. 5, or to a preliminary hearing under Fed. R. Crim. P. 32.1.

I agree to waive my right to a preliminary hearing under Fed. R. Crim. P. 5 or Fed. R. Crim. P. 32.1.

Date:

_____
Defendant's signature

_____
Signature of defendant's attorney

Terry K. Sheonman
Printed name and bar number of defendant's attorney

52 W. Whittier
Address of defendant's attorney

TKSheonmanLaw At gmail
E-mail address of defendant's attorney

614-444-8800
Telephone number of defendant's attorney

~~614-~~-42
FAX number of defendant's attorney

614-445-9482