# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF OHIO
# EASTERN DIVISION

| | |
|---|---|
| **UNITED STATES OF AMERICA,**<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>**MARCO R. MERINO,**<br><br>　　　　Defendant. | **CASE NO. 2:21-mj-620**<br><br>**MAGISTRATE JUDGE DEAVERS** |

## ORDER

For the reasons set forth in the parties' joint motion, the Court finds that there is good cause to grant an extension of time in which to return an Indictment or file an Information, that the extension would best serve the interests of justice, and that the time is excludable pursuant to 18 U.S.C. § 3161(h)(7)(A). Accordingly, the Court **GRANTS** an extension until December 27, 2021, to return an Indictment or Information pursuant to 18 U.S.C. § 3161(b).

**IT IS SO ORDERED.**

Date: October 21, 2021

/s/ Elizabeth A. Preston Deavers
**ELIZABETH A. PRESTON DEAVERS**
**UNITED STATES MAGISTRATE JUDGE**