UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> v. <br><br> MARCO R. MERINO, <br><br> Defendant. | CASE NO. 2:21-mj-620 <br><br> MAGISTRATE JUDGE DEAVERS |

**JOINT MOTION FOR EXTENSION OF TIME DURING WHICH INDICTMENT/INFORMATION MUST BE FILED**

The United States of America and Defendant Marco R. Merino, (the "Parties"), through their undersigned attorneys, jointly move this Court for an order extending the time for the return of an indictment or information pursuant to 18 U.S.C. § 3161(b) from December 27, 2021, to January 31, 2022. Mr. Merino is aware of his right to timely filing of an indictment or information, afforded to him under 18 U.S.C. § 3161(b), and hereby waives that right for the purposes of this motion. The Parties believe this continuance would best serve the interests of justice and that the time would be excludable pursuant to 18 U.S.C. § 3161(h)(7)(A).

The Parties have discussed this matter and believe that pre-indictment resolution of the matter may be possible. There are additional issues that need to be further discussed prior to resolution of the case. Furthermore, if pre-indictment resolution were to occur, additional time would be needed to negotiate and prepare the appropriate paperwork. The Parties are not able to conclude these discussions by the date which the indictment or information currently must be filed. The Parties have exercised and continue to exercise due diligence in reaching a prompt resolution of this matter, but request an extension of the § 3161(b) deadline.

For these reasons, the Parties request an extension of the time within which an indictment or information may be filed in this case until January 31, 2022.

Respectfully submitted,

KENNETH L. PARKER
UNITED STATES ATTORNEY

s/Peter K. Glenn-Applegate
PETER K. GLENN-APPLEGATE (0088708)
Assistant United States Attorney
303 Marconi Boulevard, Suite 200
Columbus, Ohio 43215
Phone No.: (614) 469-5715
Fax No.: (614) 469-2200
Email: peter.glenn-applegate@usdoj.gov

s/Terry K. Sherman by s/Peter K. Glenn-Applegate per telephone authorization
TERRY K. SHERMAN (0002417)
Counsel for Mr. Merino
52 West Whittier Street
Columbus, OH 43206
Phone No: (614) 444-8800
Fax No.: (614) 445-9487
Email: tkshermanlaw@gmail.com

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing Joint Motion for Extension of Time was electronically served this 23rd day of December, 2021, on all counsel of record.

s/Peter K. Glenn-Applegate
PETER K. GLENN-APPLEGATE (0088708)
Assistant United States Attorney